IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DARENZY COLEMAN,
LAKHRAJ MANOHAR, and
ARLUS BANKS                                                                    PLAINTIFFS

v.                    No. 3:16-cv-21-DPM-BD

MATT HALL, Craighead County
Facility Administrator                                                          DEFENDANT

ORDER

Unopposed recommendation, № 15, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Banks's claims are dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 March 2016