IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DARENZY COLEMAN and
LAKHRAJ MANOHAR                                                         PLAINTIFFS

v.                             No. 3:16-cv-21-DPM-BD

MATT HALL, Craighead County
Facility Administrator                                                  DEFENDANT

## ORDER

Coleman's mail is still being returned as undeliverable. № 26. The unopposed recommendation, № 24, is therefore adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Coleman's claims are dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 April 2016