## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LAKHRAJ MANOHAR**                                      **PLAINTIFF**

v.                        No. 3:16-cv-21-DPM

**MATT HALL, Craighead County**
**Facility Administrator**                              **DEFENDANT**

### ORDER

Unopposed recommendation, № 25, adopted. FED. R. CIV. P. 72(b) (1983

addition to advisory committee notes). Manohar's claims are dismissed

without prejudice. An *in forma pauperis* appeal from this Order and

accompanying Judgment will not be taken in good faith. 28 U.S.C.

§ 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 May 2016