IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DARENZY COLEMAN,
LAKHRAJ MANOHAR, and
ARLUS BANKS                                                            PLAINTIFFS

v.                        No. 3:16-cv-21-DPM

MATT HALL, Craighead County
Facility Administrator                                                  DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 May 2016